AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DENISE LAMAUTE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   19-3702 (RCL) |
| SAMANTHA POWER | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑  other:   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant, Samantha Power,
may not recover costs from the plaintiff, Denise Lamaute.

This action was *(check one):*

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Royce C. Lamberth _____ on a motion for
Summary Judgment.

Date: _____ 08/16/2023 _____

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*